David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO INC. d/b/a EOS CCA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE AGUILLON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTO INC. d/b/a EOS CCA, UNITED STUDENT AID FUNDS, INC., and Does 1 to 25,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant COLLECTO INC. d/b/a EOS CCA hereby files this notice of removal under 28 U.S.C. §1446(a).

///

///

# INTRODUCTION

1. Defendant is COLLECTO INC. d/b/a EOS CCA ("Defendant"); Plaintiff is YVETTE AGUILLON ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on April 10, 2014 in the Superior Court of California, County of Orange, Case No. 30-2014-00716037-CL-NP-CJC. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. On April 21, 2014 Defendant was personally served with the Summons and a copy of Plaintiff's Complaint.

4. As Defendant received Plaintiff's Complaint on April 21, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## A. BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act and 47 U.S.C. §§ 227 et seq. for alleged violations of the Telephone Consumer

Protection Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## B.  JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

///

///

///

///

///

///

///

///

{00017618;1}

3

## C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.*

DATED: May 20, 2014                CARLSON & MESSER LLP


By: /s/ Tamar Gabriel
    David J. Kaminski
    Tamar Gabriel
    Attorneys for Defendant,
    COLLECTO INC. d/b/a EOS CCA

{00017618;1}

4

NOTICE OF REMOVAL