Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Phillip B. Nghiem, Esq. (State Bar No. 291525)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
PH: (949) 200-8755
FX: (866) 843-8308

Attorneys for Plaintiff:
YVETTE M. AGUILLON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE AGUILLON, an individual<br><br>PLAINTIFF,<br><br>vs.<br><br>COLLECTO, INC., D/B/A EOS-CCA, UNITED STUDENT AID FUNDS, INC., and Does 1 to 25,<br><br>DEFENDANTS. | Case No.: 8:14-cv-00801-CJC-JCG<br><br>**NOTICE OF SETTLEMENT**<br><br>**The Honorable Judge Cormac J. Carney**<br><br>**STATUS CONFERENCE**<br>**DATE:** August 18, 2014<br>**TIME:** 3:00 p.m. |

Pursuant to Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

**NOTICE OF SETTLEMENT**

1

1

2  Respectfully submitted,

3  Dated: August 13, 2014    **LAW OFFICES OF JOSEPH R. MANNING, JR.,**
4                            **A PROFESSIONAL CORPORATION**

5

6                            By: /s/ Joseph R. Manning, Jr.
7                                Joseph R. Manning, Jr.
                                 Phillip B. Nghiem
8                                Attorney for Defendant, Yvette Aguillon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____
              **NOTICE OF SETTLEMENT**
26                      2
27

28

# PROOF OF SERVICE - CCP.1013A
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My address is 4667 MacArthur Boulevard, Suite 150, Newport Beach, CA 92660.

On August 13, 2014, I served the true copies of the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action, addressed as follows:

Debbie P. Kirkpatrick, Esq.
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108

Jeanne L. Zimmer, Esq.
Carlson & Messer LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045

[X] BY United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

[ ] BY Fax Transmission. Based on an agreement of the parties to accept service by fax transmission I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[ ] By E-mail or Electronic Transmission. Based on a court order or an

**NOTICE OF SETTLEMENT**

3

agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on August 13, 2014.

_____
Amy Olmedo

---

**NOTICE OF SETTLEMENT**

4